# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THAYER JOSEPH BURTON, JR., | Case No. 2:16-cv-00521-APG-NJK |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Counsel for petitioner has filed a Suggestion of Death on the record. ECF No. 35. Petitioner died on or about May 15, 2018. The death renders this habeas action moot. Therefore, this case is dismissed without prejudice. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

Dated: June 4, 2018.

_____
ANDREW P. GORDON,
UNITED STATES DISTRICT JUDGE